IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARCY J. SCHNEIDER, | ) | 4:07CV3016 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| MICHAEL CHERTOFF, | ) | |
| SECRETARY, DEPARTMENT OF | ) | |
| HOMELAND SECURITY (TSA), | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Plaintiff's motion for leave to proceed in forma pauperis (filing 2) is granted.

January 25, 2007.                    BY THE COURT:

                                     s/ *Richard G. Kopf*
                                     United States District Judge