```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA

MARCY J. SCHNEIDER,             )
                                )
              Plaintiff,        )         4:07CV3016
                                )
         v.                     )
                                )
DEPARTMENT OF HOMELAND          )         ORDER
SECURITY, (TSA), Michael        )
Chertoff, Secretary,            )
                                )
              Defendant.        )
                                )
```

IT IS ORDERED:

1. The plaintiff's motion to extend the deadline for filing their Rule 26 Report of Parties' Planning Conference, filing 14, is granted.

2. The Rule 26 Meeting Report Deadline is set for June 15, 2007.

DATED this 9th day of April, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge