IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARCY J. SCHNEIDER, | ) | 4:07CV3016 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| MICHAEL CHERTOFF, SECRETARY, DEPARTMENT OF HOMELAND SECURITY (TSA), | ) | |
| | ) | |
| Defendant. | ) | |

   IT IS ORDERED that Plaintiff's motion for an enlargement of time (filing 20) is granted, as follows:

   1. Plaintiff shall have until July 2, 2007, to respond to Defendant's motion for summary judgment (filing 16).
   2. Defendant shall have until August 6, 2007, to file a reply.

June 13, 2007.                    BY THE COURT:

                                  s/ *Richard G. Kopf*
                                  United States District Judge