IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARCY J. SCHNEIDER, | ) | 4:07CV3016 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| MICHAEL CHERTOFF, | ) | |
| SECRETARY OF UNITED STATES | ) | |
| DEPARTMENT OF HOMELAND | ) | |
| SECURITY, in his official capacity, | ) | |
| | ) | |
| Defendant. | ) | |

The plaintiff, acting pro se, has filed a notice of appeal (filing 34) from the court's memorandum and order of October 9, 2007 (filing 33), which denied her motion to set aside the judgment entered in this matter on August 31, 2007, or for a new trial. The notice of appeal was filed on November 13, 2007.

This matter is now before the court on the plaintiff's motion for leave to proceed in forma pauperis (IFP) on appeal (filing 35). The plaintiff previously was permitted to proceed IFP in this matter, and her most recent affidavit shows that her financial condition has not changed substantially. Accordingly,

IT IS ORDERED that:

1. Plaintiff's appeal appears to be taken in good faith;

2. Plaintiff's motion for leave to proceed in forma pauperis on appeal (filing 35) is granted; and

3.  The clerk of the court shall forward a copy of this memorandum and order to the Clerk of the United States Court of Appeals for the Eighth Circuit, and to the plaintiff personally.[1]

November 19, 2007.  BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge

---

[1] The plaintiff's attorney of record will also receive electronic notice of this memorandum and order.